# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| CHARLES ROBINSON, | : | No. 84 EM 2017 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN J. TALABER, SECRETARY OF PA BOARD OF PROBATION AND PAROLE, ET AL., | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of August, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.